IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**JAQUAN WOOLEY #2216584,**
    **PLAINTIFF,**

V.      Case No. A-23-CV-00142-RP

**SHERIFF SALLY HERNANDEZ,**
**et al.,**
    **DEFENDANTS.**

## ORDER OF DISMISSAL

On February 13, 2023, the Court ordered Plaintiff to file an application to proceed *in forma pauperis* or pay the $402 filing fee. On that same day, the Court also ordered Plaintiff to file a more definite statement. Plaintiff was ordered to comply with the orders on or before March 15, 2023. The Court warned that Plaintiff's failure to comply would result in the dismissal of his complaint. Despite the Court's warning, Plaintiff has not complied.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to pay the filing fee or file an application to proceed *in forma pauperis* and failed to file a more definite statement, his case is dismissed.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**SIGNED** on March 23, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE